**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **KIMBERLY ARMSTRONG, ET AL.** | **CASE NO. 1:22-CV-01324** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ABC CORPORATION, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons set forth in the Report and Recommendation issued by the Magistrate Judge [ECF No. 26], and after an independent review of the record and noting the absence of any objections filed,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-captioned suit is DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers on this 22nd day of September, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE